

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-17-00189-CV

| | | |
|---|---|---|
| In the Guardianship of A.E., an Incapacitated Person | § | From Probate Court No. 2 |
| | § | of Tarrant County |
| | § | (2016-GD00368-2) |
| | § | June 14, 2018 |
| | § | Opinion by Justice Pittman |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed. The case is remanded to the trial court for that court to render an order consistent with this opinion.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mark T. Pittman_____
    Justice Mark T. Pittman